THE HONORABLE ANN AIKEN

Erin M. Stine, OSB No. 102564
Fidelity National Law Group,
A Division of Fidelity National Title Group, Inc.
1200 – 6th Avenue, Suite 620
Seattle, WA  98101
(206) 225-6005
Erin.Stines@fnf.com
Attorneys for Fidelity National Title Company of Oregon

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ROSEMARY RUBENSTEIN and JORDAN RUBENSTEIN,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 6:12-CV-235-AA<br><br>STIPULATED LIMITED JUDGMENT DISMISSING WITH PREJUDICE FIDELITY NATIONAL TITLE COMPANY OF OREGON |

Pursuant to ORCP 67F, Plaintiffs ROSEMARY RUBENSTEIN and JORDAN RUBENSTEIN ("Plaintiffs") and Defendant FIDELITY NATIONAL TITLE COMPANY OF OREGON ("Fidelity"), through counsel, hereby stipulate as follows:

**STIPULATION**

Plaintiffs named Fidelity as a Defendant in this action solely because of its status as a successor Trustee of a Deed of Trust recorded in the Lane County Official Records under No.

STIPULATED LIMITED JUDGMENT – 1

2007-031537 against real property owned by Plaintiffs which is located at 2310 Lariat Dr., Eugene, Oregon ("Subject Property").

1. An Appointment of Successor Trustee was later recorded in the Lane County Official Records under No. 2008-055177.

2. Fidelity claims no right, title, or interest in the Subject Property outside its capacity as a named Trustee.

3. Plaintiffs have a judgment, as contained herein, against Fidelity without any money award and without fees or costs to any party.

4. Fidelity will comply with any Orders issued by this Court as to Fidelity's obligation as a named Trustee.

DATED this 21st day of March, 2012.

/s/ *Rich Billin*
Rich Billin, OSB # 904546
Attorney at Law
311 S Holly Street. P.O. Box 279
Medford, WA 97501
Telephone: 541-776-9900
Facsimile: 541-772-6401
rich@billinpc.com

*Attorneys for Plaintiffs*

/s/ *Erin M. Stines*
Erin Stines, OSB No. 102564
Fidelity National Law Group
1200 6th Ave., Suite 620
Seattle, Washington 98101
Telephone: (206) 224-6005
Facsimile: (877) 655-5286
erin.stines@fnf.com

*Attorneys for Defendant
Fidelity National Title Company
of Oregon*

STIPULATED LIMITED JUDGMENT – 2

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

## ORDER

1. Plaintiffs named Fidelity as a Defendant in this action solely because of its status as a successor Trustee of a Deed of Trust recorded in the Lane County Official Records under No. 2007-031537 against real property owned by Plaintiffs which are located at 2310 Lariat Dr., Eugene, Oregon.

2. An Appointment of Successor Trustee was later recorded in the Lane County Official Records under No. 2008-055177.

3. Fidelity claims no right, title, or interest in the Subject Property outside its capacity as the named Trustee.

4. Plaintiffs have a judgment, as contained herein, against Fidelity without any money award and without fees or costs to any party.

5. Fidelity will comply with any Orders issued by this Court as to Fidelity's obligation as a named Trustee.

DATED *March 23, 2012*

_____
ANN AIKEN
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

/s/ Rich Billin
_____
Rich Billin, OSB # 904546
Attorney at Law
311 S Holly Street
P.O. Box 279
Medford, WA 97501
541-776-9900
541-772-6401 FAX
rich@billinpc.com

*Attorney for Plaintiffs*

STIPULATED LIMITED JUDGMENT – 3

FIDELITY NATIONAL LAW GROUP
A Division of Fidelity National Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525